

# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND
### OFFICE OF THE CLERK

Felicia C. Cannon, Clerk of Court
Jarrett B. Perlow, Chief Deputy
Elizabeth B. Snowden, Chief Deputy

Reply to Northern Division Address

March 26, 2014

Darrell P. Harris
3302 Parkside Drive
Baltimore, MD 21214

      RE:    Harris v. Baltimore City Police Department et al
              RDB-14-2470

Dear Counsel/Party:

The above-captioned case has been removed from Circuit Court for Baltimore City to this Court and assigned the above case number.

                                              Sincerely,

                                              /s/
                                          Felicia C. Cannon, Clerk

cc:    All counsel/parties

Removal Notification Letter (03/2014)

Northern Division • 4228 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 200 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Website at www.mdd.uscourts.gov