UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| DARRELL P. HARRIS, | &#124; |
| Plaintiff, | &#124; |
| v. | &#124;  No. 1:14-cv-02470 |
| BALTIMORE CITY POLICE DEPARTMENT, *et al.*, | &#124; |
| Defendants. | &#124; |

### DEFENDANT MAYOR STEPHANIE RAWLINGS-BLAKE'S MOTION TO DISMISS

Defendant Mayor Stephanie Rawlings-Blake, by undersigned counsel, respectfully moves under Federal Rule of Civil Procedure 12(b)(6) for this Honorable Court to dismiss the Complaint against her with prejudice and without leave to amend, and states:

1. Plaintiff originally filed the instant suit on June 16, 2014, in the Circuit Court of Maryland for Baltimore City, in the matter of *Darrell P. Harris vs Baltimore City Police Dept., et al.*, No. 24-C-14-003699. (Dkt. No. 2.)

2. Plaintiff's Complaint named among the Defendants:

> MAYOR & CITY COUNCIL
> OF BALTIMORE ("CITY")
> STEPHANIE RAWLINGS-BLAKE
> In both their official and individual capacities.

(Dkt. No. 2.)

3. The Circuit Court of Maryland considered the above-named officials and individuals to be a single party for purposes of litigation. (*See* Maryland Judiciary Case Search, http://casesearch.courts.state.md.us/inquiry/inquiryDetail.jis?caseId=24C14003699&detailLoc=CC.)

4.	These defendants collectively filed a motion to dismiss in the Circuit Court of Maryland for Baltimore City, on August 1, 2014.  (Dkt. No. 7.)

5.	Co-Defendant the Baltimore City Police Department removed the case to this Court on August 5, 2014.  (Dkt. No. 1.)

6.	Defendant Mayor Stephanie Rawlings-Blake now appears as a separately-named party.

7.	Out of an abundance of caution, Defendant Mayor Stephanie Rawlings-Blake now moves to dismiss all claims against her, and adopts the reasons set forth in the Motion to Dismiss filed by the Mayor and City Council of Baltimore City, and in the Reply to Plaintiff's Opposition thereto.  (Dkt. No.'s 7, 27.)

**WHEREFORE**, Defendant Mayor Stephanie Rawlings-Blake requests that the Court dismiss the Complaint as to her, with prejudice and without leave to amend.

Respectfully submitted,

　　　　　/s/　　　　　
FREDERIC SMALKIN, JR. (#19240)
Assistant Solicitor
BALTIMORE CITY LAW DEPARTMENT
100 N. Holliday Street, Room 81
Baltimore, Maryland  21202
443-984-2301 office
410-837-1052 facsimile
fred.smalkin@baltimorecity.gov

*Attorney for Mayor and City Council of Baltimore, Defendant*

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 22, 2014, a copy of the foregoing **Defendant Mayor Stephanie Rawlings-Blake's Motion to Dismiss** was served by the court's electronic filing system upon:

Dorrell Antone Brooks
Baltimore Police Department
Office of Legal Affairs
100 N Holliday St., Ste. 101
Baltimore, MD 21202
1-410-396-2496
Fax: 1-410-396-2126
Email: dorrellbrooks1975@msn.com
*Attorney for Baltimore City Police Department, Defendant*

Elizabeth Lynn Adams
Office of the Attorney General
Tort Litigation
Louis L Goldstein Bldg
80 Calvert St., Room 440
Annapolis, MD 21401
1-410-260-7412
Fax: 1-410-974-5926
Email: eadams@oag.state.md.us
*Attorney for Defendant, Governor & The State of Maryland*
*Attorney for Defendant, Govenor Martin O Malley*

I FURTHER CERTIFY that on August 22, 2014, a copy of the foregoing **Defendant Mayor Stephanie Rawlings-Blake's Motion to Dismiss** was served by mail upon:

Darrell P. Harris
3302 Parkside Drive
Baltimore, MD 21214
*Plaintiff, Pro se*

                              /s/
FREDERIC SMALKIN, JR. (#19240)
Assistant Solicitor
BALTIMORE CITY LAW DEPARTMENT
100 N. Holliday Street, Room 81
Baltimore, Maryland  21202
443-984-2301 office
410-837-1052 facsimile
fred.smalkin@baltimorecity.gov

*Attorney for Mayor and City Council of Baltimore, Defendant*