**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| DARRELL P. HARRIS | * | |
| | * | |
| | * | |
| v. | * | Civil No. – JFM-14-2470 |
| | * | |
| BALTIMORE CITY POLICE | * | |
| DEPARTMENT, ET AL. | * | |
| | ****** | |

## MEMORANDUM

Presently pending are motions to dismiss filed by (1) the Governor and the State of Maryland (document 6), (2) the Mayor and City Council of Baltimore City (document 7), (3) the Baltimore City Police Department and Commissioner Anthony W. Batts (document 24), and (4) the Mayor of Baltimore City (document 28). All the motions will be granted.

The reasons for the decision dismissing the complaints against these defendants may be briefly stated.

1. Plaintiff has utterly failed to state any facts upon which relief could be granted against the Governor or the State of Maryland. To the extent that plaintiff seeks to rely upon *Monell* liability or supervisory authority liability, the claim fails because there are no allegations that the Governor or the State of Maryland adopted policies or practices that led to the injury plaintiff allegedly suffered.

2. Plaintiff's claim against the Baltimore City Police Department and Commissioner Anthony W. Batts fails because there are no facts alleged that would establish that they adopted policies or practices that caused injury allegedly suffered by plaintiff.

3. The claims against the Mayor and City Council of Baltimore fail not only because there are insufficient facts alleged to establish *Monell* liability or supervisory authority liability.

4. The law is well established that the Baltimore City Police Department is a state agency, not an agency of the City.  *See, e.g.*, *Mayor & City Council v. Clark*, 404 Md. 13, 26 (2008), *Clea v. Mayor & City Council of Baltimore*, 312 Md. 662, 668-69 (1988).

A separate order granting the motions to dismiss is being entered herewith.


Date:   February 25, 2015            __/s/_____
                                     J. Frederick Motz
                                     United States District Judge