# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DARRELL P. HARRIS | * | |
| | * | |
| | * | |
| v. | * | Civil No. – JFM-14-2470 |
| | * | |
| BALTIMORE CITY POLICE | * | |
| DEPARTMENT, ET AL. | * | |

## MEMORANDUM

Presently pending are various motions in this case.  My rulings on the motions, and the reasons for them, are as follows.

The motion to dismiss filed by Ulmer and Preston (document 47) is denied as moot in light of the fact that plaintiff has filed an amended complaint.

Plaintiff's motion for leave to amend complaint (document 54) is granted as to the remaining defendants.

The motion to strike plaintiff's motion for leave to amend (document 55) filed by defendants Batts and the Baltimore City Police Department is granted.

The State defendants' motion to strike amended complaint (document 56) is granted because plaintiff has not alleged facts giving rise to any *Monell* liability.


Date:  April 17, 2015          __/s/_____
                               J. Frederick Motz
                               United States District Judge

1