UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

June 17, 2015

MEMO RE:  Darrell P. Harris v. Baltimore City Police Department, et al.
Civil No. JFM-14-2470

Dear Mr. Harris and Counsel:

I have reviewed the memoranda submitted in connection with the motion to dismiss filed by defendants Ulmer and Preston (document 67).  The motion is denied.

I am satisfied that there are factual issues in dispute that need to be resolved.  Although plaintiff's state law claims may ultimately fail, their inclusion will not substantially broaden the scope of discovery.  Defendants may, of course, renew the arguments they have made in support of their motion to dismiss by way of a motion for summary judgment at the conclusion of discovery.

Enclosed is a scheduling order.

Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge