UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

September 24, 2015

MEMO RE:  Darrell P. Harris v. Baltimore City Police Department, et al.
Civil No. JFM-14-2470

Dear Mr. Harris and Counsel:

I have reviewed your status reports.

The discovery deadline is hereby extended to November 24, 2015.

Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge